| | | | |
|---|---|---|---|
| Com. v. Printup .... | 08/31/2015 432 MAL (2015) | Denied | Pa.Super., 122 A.3d 442 |
| Com. v. Rodgers.... | 08/19/2015 309 MAL (2015) | Denied | Pa.Super., 121 A.3d 1124 |